UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAMEDA, | No. 2:20-cv-01101 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| M. ATCHLEY, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the January 5, 2021 findings and recommendations. ECF No. 16. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 16) is granted; and

2. Petitioner shall file any objections within sixty days from the date of this order. No further extensions will be granted.

Dated: February 3, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE